UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**JUAN CARLOS GONZALEZ-FUENTES,**
**Plaintiff**

v.                                                                                          **CIVIL NO. 05-1118(DRD)**

**SMA LIFE ASSURANCE COMPANY,**
**Defendant**

| MOTION | RULING |
|---|---|
| **Date Filed:** 06/09/05   **Docket Nos. 10**<br>[X] **Plff**                                    [] **Deft**<br>[ ] **Other**<br><br>**Title:** NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE | **GRANTED**. Plaintiff have submitted the instant notice for voluntary dismissal with prejudice pursuant to Rule 41(a)(1)(i). Since the defendant has not provided its answer to the complaint, the Court hereby **grants** plaintiff's request without the imposition of costs or attorneys' fees upon any party pursuant to Fed.R.Civ.P. 41(a)(1)(i). Therefore, the Court hereby **DISMISSES** plaintiff's claims against SMA Life Assurance Company **WITH PREJUDICE**. **Judgment** shall be entered accordingly. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 9th day of June 2005.

                                                                       **S/DANIEL R. DOMINGUEZ**
                                                                       **DANIEL R. DOMINGUEZ**
                                                                       **U.S. DISTRICT JUDGE**